UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ10-278 |
| ) | |
| v. ) | |
| ) | |
| CHARLES DUAN HAMILTON, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

    Sex Trafficking of Children or By Force, Fraud or Coercion, in violation of 18 U.S.C. § 1591(a)

<u>Date of Detention Hearing</u>:   June 28, 2010

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

01   (2)   Defendant has stipulated to detention, but reserves the right to contest his
02   continued detention when he makes his initial appearance on this charge in the
03   Southern District of California.

04   (3)   There are no conditions or combination of conditions other than detention that
05   will reasonably assure the appearance of defendant as required or ensure the
06   safety of the community.

07   IT IS THEREFORE ORDERED:

08   (1)   Defendant shall be detained pending his initial appearance in the Southern
09   District of California and shall be committed to the custody of the Attorney General for
10   confinement in a correction facility separate, to the extent practicable, from persons awaiting
11   or serving sentences or being held in custody pending appeal;

12   (2)   Defendant shall be afforded reasonable opportunity for private consultation
13   with counsel;

14   (3)   On order of a court of the United States or on request of an attorney for the
15   government, the person in charge of the corrections facility in which defendant is confined
16   shall deliver the defendant to a United States Marshal for the purpose of an appearance in
17   connection with a court proceeding; and

18   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to
19   counsel for the defendant, to the United States Marshal, and to the United States Pretrial
20   Services Officer.

21   DATED this 28th day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge